UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 14, 2008

Jonathan Lee Riches
F.C.I. Williamsburg
P.O. Box 340
Salters SC 29590

SUBJECT:   Request for Payment of Docket Fee

   Title: **JONATHAN L. RICHES -v- 2007 OCEAN ISLE BEACH**
   Case Number:   **CV 07-05977 MJJ**
   Court of Appeals Number:

A notice of appeal was filed with this Court on 1/8/07 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

   Sincerely,

   **RICHARD W. WIEKING, Clerk**

   by:  Sheila Rash
   Case Systems Administrator

cc: U.S. Court of Appeals