UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

January 14, 2008

**CASE INFORMATION:**
Short Case Title: JONATHAN L. RICHES -v- 2007 OCEAN ISLE BEACH
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge Jenkins
Criminal and/or Civil Case No.: CV 07-05977 MJJ
Date Complaint/Indictment/Petition Filed: 11/27/07
Date Appealed order/judgment *entered* 12/19/07
Date NOA *filed* 1/8/07
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: n/a

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 1/8/07
Date FP granted:                         Date FP denied:
Is FP pending? ☐ yes ☐ no                        Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                     Appellee Counsel:

see docket sheet


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:            9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Sheila Rash
(415) 522-2099